IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CASE NO: 1:07cv00957

| | |
|---|---|
| UNITED VAN LINES, L.L.C, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ENTRY OF DEFAULT** |
| ) | |
| ERIC PARKS and JERIE PARKS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS CAUSE coming before the undersigned Clerk of Court for the United States District Court, Middle District of North Carolina, upon request of the Plaintiff for entry of default against the Defendants Eric Parks and Jerie Parks; and

IT APPEARING to the Court that the Defendants Eric Parks and Jerie Parks were each served with the Complaint filed in this matter on January 3, 2008 by certified mail return receipt requested, attached as "Exhibit A" and "Exhibit B" to Plaintiff's Motion for Entry of Default (Docket filing No. 1:07-cv-00957-TDS-PTS, Documents 6, 6-2 and 6-3) are copies of the Affidavits of Service of Process by Certified Mail; that the time for pleading or otherwise defending this claim has lapsed without any response by Defendants and that default is the appropriate remedy.

NOW, WHEREFORE, this Plaintiff's motion for entry of DEFAULT is hereby granted against said Defendants.

This the 7th day of February, 2008.

                                                      /s/ John S. Brubaker
                                                      Clerk of Court
                                                      United States District Court,
                                                      Middle District of North Carolina